# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Timothy Hoge, | ) | Case No. 1:17-mj-311 |
| Defendant. | ) | |

On October 26, 2017, defendant filed a "Waiver of Preliminary Hearing." The court accepts defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. The court further finds that, based upon defendants waiver, there is probable cause to believe that defendant may have committed offense charged. Defendant's preliminary hearing set for November 3, 2017, is canceled.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court